UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

------------------------------------

MILTON AL STEWART[1], : CIVIL ACTION NO. 20-CV-0994
Acting Secretary of Labor :
U.S. Department of Labor, :
:
               Plaintiff : JUDGE JUNEAU
:
v. :
:
BRETT DESHOTELS, et al : MAG. JUDGE WHITEHURST
:
               Defendants.

------------------------------------

**CONSENT JUDGMENT**

Plaintiff, Secretary of Labor, United States Department of Labor ("Secretary") filed a Complaint on August 5, 2021 against D.G. Construction and Hauling, LLC, and Brett Deshotels, individually, ("Defendants") seeking enforcement of final orders of the Secretary issued by Administrative Law Judge, Lee J. Romero, Jr. on October 31, 2019 and December 30, 2019 pursuant to the employee protection provisions of the Surface Transportation Assistance Act of 1982 ("STAA"), 49 U.S.C. § 31105 and its implementing regulations, 29 C.F.R. § 1978.100, et seq.  Each of the Defendants has acknowledged service of process of the Complaint.

In lieu of answering the Complaint and asserting any defenses, Defendants have each agreed to the terms of this Consent Judgment to settle this proceeding and to settle the related administrative case entitled *In the Matter of Gerry McDaniel v. D.G. Construction & Hauling, LLC, Brett Deshotels and Jace Deshotels*, OALJ Case No. 2019-STA-00019.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), MILTON AL STEWART, Acting Secretary of Labor, is automatically substituted as a party for the former Secretary of Labor, Eugene Scalia.

In consideration of all payments made by Defendants to Gerry McDaniel, Complainant, and his attorneys, Taylor & Associates dba Trucker's Justice Center, towards satisfaction of the judgments in the underlying administrative action, including a $20,000.00 lump sum payment on March 5, 2021 and prior payments of $15,000.00 for a total of $35,000.00, the Secretary and Defendants reached a full resolution of this matter and the underlying administrative case. All parties agree that these payments are full and final satisfaction of all contested issues, including a waiver of reinstatement by Gerry McDaniel and full satisfaction of outstanding attorney's fees awarded in OALJ Case No. 2019-STA-00019.

It is, therefore, upon motion of the Secretary and for cause shown, that the following is hereby **ORDERED, ADJUDGED and DECREED:**

1. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

2. D.G. Construction & Hauling, LLC, its officers, agents, servants, employees, including Brett Deshotels, individually, or those in active concert with Defendants, will continueto comply with the employee protection provisions of Surface Transportation Assistance Act of 1982 ("STAA"), 49 U.S.C. § 31105, and its implementing regulations, 29 C.F.R. §1978.100 *et seq*.

3. As the parties have reached a full resolution regarding enforcement of Administrative Law Judge Romero's final orders issued in *In the Matter of Gerry McDaniel v. D.G. Construction & Hauling, LLC, Brett Deshotels and Jace Deshotels*, OALJ Case No. 2019-STA-00019, it is ORDERED that the instant proceeding is terminated.

4. Each party shall bear its own fees, costs and expenses in connection with this action, and D.G. Construction and Hauling, LLC et al. waives any right it might have under the Equal Access to Justice Act.

5. The Court shall maintain jurisdiction over this matter only for the purposes of enforcing this Consent Judgment and Order.

Dated: March 23, 2021

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE